**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
         lrosen@rosenlegal.com

*Counsel for Plaintiff Eric Muller*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC MULLER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA,<br><br>    Defendants. | Case No. 1:21-cv-05910-FB-RLM<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Eric Muller ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have received or will receive any consideration for this dismissal.

Plaintiff is aware of the substantially similar securities class action filed in this District, *Owen v. Reconnaissance Energy Africa Ltd. et al.*, No. 1:21-cv-06176-DG-RML.

1

As such, Plaintiff's and the putative class' interests are and will be represented.

| | |
|---|---|
| Dated: November 9, 2021 | Respectfully submitted, |

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Eric Muller*